**UNITED STATES COURT OF INTERNATIONAL TRADE**                                    FORM 3-1

| | |
|---|---|
| Agro Sevilla Aceitunas S. Coop. And.;<br>Ángel Camacho Alimentación, S.L.,<br><br>                           Plaintiffs,<br>v.<br><br>UNITED STATES,<br>                           Defendant. | **SUMMONS**<br><br>Court No. 25-00153 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

___

1. Plaintiffs Agro Sevilla Aceitunas S. Coop. And., and Ángel Camacho Alimentación, S.L., were mandatory respondents and parties to the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination. Plaintiffs are therefore interested parties within the meaning of 19 U.S.C. § 1677(9)(A).

   Agro Sevilla Aceitunas S. Coop. And. and Ángel Camacho Alimentación, S.L. are foreign producers and exporters of subject merchandise. Plaintiffs are, therefore, interested parties within the meaning of 19 U.S.C. § 1677(9)(A).

   Accordingly, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   _____
   (Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of Commerce's final results in *Ripe Olives From Spain: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 90 Fed. Reg. 25,223 (Dep't of Commerce, June 16, 2025) (Case No. A-469-817) and accompanying Issues and Decision Memorandum dated June 9, 2025.

   _____
   (Brief description of contested determination)

3. June 9, 2025 (Date of Issues and Decision Memorandum)

   (Date of determination)

4. June 16, 2025 (90 Fed. Reg. 25,223)

   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Matthew P. McCullough

Matthew P. McCullough

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, D.C. 20036
(202) 663-8141

*Counsel to Plaintiffs*

July 16, 2025