## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Agro Sevilla Aceitunas S. Coop. And.;<br>Ángel Camacho Alimentación, S.L.,<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>                              Defendant. | **Court No.  25-00153** |

## PARTIAL NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff Ángel Camacho Alimentación, S.L. ("Camacho"), pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action as it pertains to Camacho.  Camacho is one of two named plaintiffs in the above-captioned matter.  This notice does not constitute a dismissal of plaintiff Agro Sevilla Aceitunas S. Coop And.'s action, which remains in place.  Camacho's dismissal is made prior to service by the defendant of an answer or motion for summary judgment.

Date:  August 15, 2025

/s/ Matthew P. McCullough

Matthew P. McCullough

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, D.C. 20036
(202) 663-8141


   Limited Order of Dismissal Concerning Plaintff Ángel Camacho Alimentación, S.L.

   This action as it pertains to plaintiff Camacho, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Date:  _____

By: _____
                                                                                       Deputy Clerk