UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| | |
|---|---|
| Agro Sevilla Aceitunas S. Coop. And., <br><br>                            Plaintiff, <br><br>    v. <br><br>United States, <br><br>                            Defendant. | 25-00153 <br> Court No. |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 9/12/2025

                                                  Matthew P. McCullough
                                                  Attorney for Plaintiff

                                                1200 Seventeenth Street NW
                                                        Street Address

                                                Washington, D.C. 20036
                                                   City, State and Zip Code

                                                (202) 663-8141

                                                         Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____     Clerk, U. S. Court of International Trade

                                                 By: _____
                                                            Deputy Clerk